FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2022

No. 04-22-00626-CR

**EX PARTE** Abraham **VASQUEZ-MARQUEZ**,

From the County Court, Webb County, Texas
Trial Court No. 2022CRB000721L1
Honorable Leticia Martinez, Judge Presiding

# O R D E R

On October 12, 2022, the court reporter filed a notification of late record requesting an extension until October 28, 2022 to file the reporter's record. After consideration, we **grant** the extension and **order** the court reporter to file the record **by October 28, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court